UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-189-BO1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| DAQUARIUS THOMPSON | |

On motion of the Defendant, Daquarius Thompson, and for good cause shown, it is hereby ORDERED that DE 29 be sealed until further notice by this Court.

IT IS SO ORDERED.

This **26** day of January, 2021.

*Terrence Boyle*
TERRENCE W. BOYLE
United States District Judge